**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Dated: May 26, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-09820

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Joan Strzynski<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br>Joan Strzynski<br>Debtors; Dianne C. Kerns, Trustee.<br>      Respondents. | No. 4:10-bk-09835-EWH<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #14)<br><br>Hearing Date: May 25, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated **effective June 24, 2010** as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 1, 2006, and recorded in the office of the Pima County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Joan Strzynski have an interest in, further described as:

LOT 344. OF SYCMORE CANYON. ACCORDING TO THE PLAT OF RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COU~TY. RECORDED IN BOOK 59 OF MAPS, PAGE 15

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

_____

UNITED STATES BANKRUPTCY JUDGE